UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SALVADOR MIJARES, JR., | ) | Case No. CV 05-5893 PA(JC) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| STUART RYAN, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: _January 10, 2011

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE